

# UNITED STATES DISTRICT COURT
## FOR THE

FILED
12-7-07
DEC - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS · EASTERN DIVISION

## MAGISTRATE JUDGE NOLAN

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **07 CR    817** |
| | ) | CASE NUMBER: |
| NORTHERN DISTRICT OF ILLINOIS | ) | |

The undersigned Affiant personally appeared before Nan R. Nolan, a United States Magistrate Judge, and being duly sworn on oath, states: That at Harrisburg, Pennsylvania (U.S. District Court for the Middle District of Pennsylvania), one HIREN MEHTA was charged with the violation of 8 U.S.C. § 1324 and 18 U.S.C. § 371 for the offenses of knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

KENT HIERSTEIN, Special Agent
Immigration and Customs Enforcement

Subscribed and Sworn to before me this
7th day of December, 2007.

United States Magistrate Judge

CHRISTOPHER R. MCFADDEN
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at _____

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.                                    CR. NO.   07-MT-138

HIREN MEHTA                    WARRANT FOR ARREST

To:  The United States Marshal
     and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest HIREN MEHTA_____

and bring him or her forthwith to the nearest magistrate to answer a(n)

[] Indictment  [] Information        [X] complaint

[]Court Order        [] Violation Notice    [] Bail Violation Petition

charging the defendant with (brief description of offense)

knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and
attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens'
illegal status, in violation of Title 8 United States Code Section 1324 and Title 18, United States Code Section 371.


_____J. ANDREW SMYSER_____
Name of Issuing Officer

_____/s/ Andrew Smyser_____
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Harrisburg, Pa.
Date and Location  Nov. 30, 2007

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named Defendant at
_____

DATE RECEIVED:_____

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  07-MJ-138 |
| -vs- | ) | |
| | ) | |
| NARESH PATEL, DINESH DIWAN, | ) | CRIMINAL COMPLAINT |
| RAKESH PATEL, HIREN MEHTA, RAJESH KATWA, | ) | |
| JITENDRA SHETH , ASHA VERMA, | ) | |
| BIBIN BALACHANDARAN, SANDIPKUMAR PATEL | ) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  Beginning on or about dates unknown and continuing through the date of this complaint in <u>Dauphin County</u>, in the <u>Middle District of Pennsylvania</u>, and elsewhere the defendants and other unknown individuals have violated Title 18 United States Code Section 371, by knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, in violation of Title 8 United States Code Section 1324, and thereafter committed overt acts in furtherance of this conspiracy as set forth in the accompanying affidavit..

I further state that I am a(n) <u>Special Agent, Immigration and Customs</u> Enforcement and that this complaint is

based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.   _X_ Yes   ___ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

_Nov. 30, 2007_          at
Date

**FILED**

**NOV 30 2007**

PER_____
HARRISBURG, PA  DEPUTY CLERK

Harrisburg, Pennsylvania
City and State

_____
U.S. Magistrate Judge                                 Signature of Judicial Officer
Name and Title of Judicial Officer

AFFIDAVIT

I, Scott Bishop, being duly sworn, depose and state as follows:

I.    INTRODUCTION

1.    I am employed as a Special Agent with Immigration and Customs
Enforcement ("ICE") assigned to the Philadelphia Field Office. I have been employed as
an Officer of the United States Department of Homeland Security, Immigration and
Customs Enforcement and the agency formally known as the United States Customs
Service within the Department of Treasury since September 2002. I am currently
assigned to the Human Smuggling and Trafficking Group and I am authorized to enforce
various Immigration and Customs federal administrative and criminal statutes.

2.    While with ICE, I have conducted and assisted in the investigation of
criminal cases involving the employment, transportation, smuggling, trafficking and
harboring of illegal aliens. Some of the investigations I have worked have involved
undercover activities during which aliens were brought into the United States.

3.    The information contained in this affidavit is based on my own personal
investigation, information provided to me by other federal law enforcement officers, and
information provided by confidential informants.

II.    FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

5.    As detailed below, there is probable cause to believe that NARESH
PATEL, DINESH DIWAN, RAKESH PATEL, HIREN MEHTA, RAJESH KATWA,
JITENDRA SHETH, ASHA VERMA, BIBIN BALACHANDARAN, SANDIPKUMAR
PATEL and other unknown individuals have violated 8 U.S.C. 1324, by bringing and
attempting to bring unauthorized aliens into the United States, transporting them within

the United States, harboring unlawful aliens, and conspiring to commit these violations, knowingly and in reckless disregard of the aliens' illegal status.

6.    As detailed below, there is probable cause to believe that NARESH PATEL, DINESH DIWAN, RAKESH PATEL, HIREN MEHTA, RAJESH KATWA, JITENDRA SHETH and ASHA VERMA, BIBIN BALACHANDARAN, SANDIPKUMAR PATEL and other unkown individuals have violated 18 USC 371, by conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status.

7.    As detailed below, there is probable cause to believe that NARESH PATEL, DINESH DIWAN, RAKESH PATEL, HIREN MEHTA, RAJESH KATWA, JITENDRA SHETH, ASHA VERMA, BIBIN BALACHANDARAN, SANDIPKUMAR PATEL and other unknown individuals have violated 18 USC 1031 by knowingly executing a scheme with the intent to defraud the United States; to wit:  bringing in and attempting to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status.

8.    As detailed below, there is probable cause to believe that NARESH PATEL, DINESH DIWAN, RAKESH PATEL, BIBIN BALACHANDARAN, and SANDIPKUMAR PATEL have violated 18 USC 1544 by willfully and knowingly using any passport in violation of the conditions or restrictions therein contained, or of the rules prescribed pursuant to the laws regulating the issuance of passports; to wit:  delivering Indian passports to undercover agents as part of an attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status.

9.    As detailed below, there is probable cause to believe that NARESH PATEL, DINESH DIWAN, RAKESH PATEL, BIBIN BALACHANDARAN, and SANDIPKUMAR PATEL have violated 18 USC 1028(a)(4) by knowingly possessing identification documents, i.e. passports, with the intent such document be used to defraud the United States.

10.    As detailed below, there is probable cause to believe that NARESH PATEL, DINESH DIWAN, and RAKESH PATEL have violated 18 USC 1341 by devising a scheme to defraud or obtain money by means of false or fraudulent pretenses, for the purpose of executing such scheme place in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposit or cause to be deposited any matter or private or commercial interstate carrier, or knowingly cause to be delivered by mail or such carrier according to the direction thereon; to wit:  mailing passports and money orders to undercover agents as part of a scheme to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status.

11.    As detailed below, there is probable cause to believe that NARESH PATEL and RAKESH PATEL have violated 18 USC 1956(a)(1)(A) by, knowing that the property involved in a financial transaction represents proceeds of some form of unlawful activity, i.e. alien smuggling, conducts such a financial transaction which in fact involves the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity; to wit:  mailing money orders to undercover agents as a form of payment for ongoing criminal activity.

12.     As detailed below, there is probable cause to believe that NARESH

PATEL and RAKESH PATEL have violated 18 USC 1546 by using, attempting to use,

possessing, obtaining, accepting, or receiving documents prescribed by statute or

regulation for entry into or as evidence of authorized stay or employment in the United

States, knowing it to have procured by means of any false claim or statement, or to have

been otherwise procured by fraud or unlawfully obtained; to wit:  they received valid

Employment Authorization Documents believing that they had been obtained through

fraud.

13.     On July 1, 2003, NARESH PATEL met with FBI agents, acting in an

undercover capacity, in Atlantic City, New Jersey.  During the meeting, which was

conducted under audio and video surveillance, NARESH PATEL stated that he was

looking for a contact within U.S. Immigration to assist him in smuggling Indian nationals

from India into the United States.  NARESH admitted that he was paying an immigration

official who was working at Newark International Airport and John F. Kennedy Airport

$8,000 per person to assist him in bringing aliens into the U.S.  NARESH claimed that

the immigration official had recently retired.  He stated that Indian citizens with a valid

U.S. visa were offered money for the use of their visas and passports.  NARESH then

arranged to replace the photographs in the visas and passports with photos of the people

he was attempting to smuggle into the United States.  NARESH claimed that he could

bring in six Indian nationals every day.  NARESH told the FBI agents that he could

arrange to bring Indian nationals to any airport in the U.S.  He wanted the agents to assist

him in getting these individuals off of the planes and into the United States.  NARESH

stated that he was open to smuggling the aliens from a third country or aboard cruise

ships from South America if the agents could arrange such an event. During the meeting, NARESH said that he had been involved in human smuggling since 1988 or 1989 in Chicago, Illinois. NARESH also stated that he used to be involved in a smuggling operation that would bring Indian nationals from India to Cuba. From Cuba, he would move the Indians to Cancun, Mexico and then onto Tijuana, Mexico. From Tijuana, he would arrange to bring the aliens across the U.S. – Mexican border on foot.

14.    In August 2006, NARESH PATEL contacted an FBI confidential informant, herein referred to as "K," to inquire about a new human smuggling contact. On September 6, 2006, "K" introduced NARESH PATEL to ICE Special Agent (S/A) Richard Kozak, working in an undercover capacity, and ICE confidential informant SA-601-PH, herein referred to as "Cobalt" at Penn National Off-Track Wagering located at 351 Loucks Road, York, Pennsylvania 17404. During the meeting, which was conducted under audio surveillance, NARESH PATEL stated that he was interested in smuggling primarily Indian nationals into the United States. He also stated that he would also like to bring a small number of Chinese and Egyptian nationals into the U.S. "Cobalt" and S/A Kozak stated that they could smuggle the Indians into the U.S. from a third country. NARESH PATEL agreed to pay "Cobalt" and S/A Kozak $12,000 for every alien they smuggled into the United States.

15.    On September 7, 2006, "Cobalt" and S/A Kozak met with "K" and NARESH PATEL at the Bob Evans restaurant at 303 Arsenal Road, York, Pennsylvania 17402. During the meeting, which was conducted under audio surveillance, NARESH PATEL stated that he had been involved in alien smuggling since 1992. During the same meeting, NARESH PATEL agreed to arrange for the aliens to fly from India to

Johannesburg, South Africa. S/A Kozak told NARESH that S/A Kozak would arrange to smuggle the Indians from South Africa into the United States on behalf of NARESH. NARESH was instructed to gather six (6) Indian passports and mail them to an address provided by S/A Kozak.

16.    During a recorded telephone conversation on September 27, 2006, between NARESH PATEL and S/A Kozak, NARESH PATEL stated that he was taking steps to move six Indian nationals from India to Manila, Philippines instead of South Africa. S/A Kozak stated that he could smuggle the Indians from the Philippines into the United States. NARESH stated that the six passports that were requested had been shipped from India and that S/A Kozak should receive them within a week.

17.    On October 9, 2006, six Indian passports were retrieved from an ICE-controlled commercial mailbox in Philadelphia, Pennsylvania. No U.S. stamps or visas were found inside any of them. The identifiers for the passports are as follows:

| Name | DOB | Indian Passport Number |
| --- | --- | --- |
| PATEL, Sanjaykumar Mahendrakumar | 10/5/1987 | E0251764 |
| PATEL, Prakashkumar Mangalbhai | 6/1/1974 | A6587478 |
| PATEL, Rakeshkumar Babulal | 3/29/1979 | E7243211 |
| PATEL, Shaileshkumar Becharbhai | 12/1/1983 | E8466951 |
| PATEL, Shaileshkumar Ramabhai | 1/12/1984 | F0022347 |
| PATEL, Kalpeshkumar Somabhai | 8/1/1982 | E0135025 |

18.    On October 23, 2006, during a monitored telephone conversation, NARESH PATEL requested that S/A Kozak mail the six passports back to him. NARESH stated that someone would bring the passports back to India so the aliens could

use their passports to fly to Manila, Philippines. NARESH instructed S/A Kozak to repackage the passports in the same manner in which they were received and mail them to VIDEO CORNER, 2300 South Elmhurst Road, Mt. Prospect, Illinois 60026. This is the address of a video store owned by NARESH PATEL. On October 26, 2007, your affiant shipped the passports via DHL to the address provided. A query of the package's tracking number revealed that the passports were delivered to the Video Corner on October 27, 2006. The package was signed for by PATEL.

19.    During multiple monitored telephone conversations between NARESH PATEL and S/A Kozak, NARESH stated that the Indians would be in the Philippines by December 1, 2006. On November 29, 2006, ICE agents, acting in an undercover capacity, flew to Manila, Philippines to pick up the aliens and "smuggle" them into the United States. On December 1, 2006, NARESH PATEL telephoned S/A Kozak to inform him that the Indians were unable to obtain visitor's visas for the Philippines. During monitored telephone conversations, NARESH stated that he would be able to send the Indians from India to Bangkok, Thailand in the future. NARESH agreed to pay S/A Kozak for any expenses incurred for the planning and execution of the trip to the Philippines.

20.    During monitored telephone conversations with S/A Kozak, NARESH PATEL stated that he was sending a second set of six Indian passports. On December 11, 2006, six Indian passports were retrieved from an ICE-controlled commercial mailbox in Philadelphia, Pennsylvania. The passports were packaged in the exact same manner as the first set. No U.S. stamps or visas were found inside any of them. The identifiers for the passports are as follows:

| Name | DOB | Indian Passport Number |
|---|---|---|
| PATEL, Nileshkumar Shivabhai | 8/2/1981 | F0269941 |
| PATEL, Kalpeshkumar Madhavlal | 6/1/1973 | F4987809 |
| PATEL, Rajeshkumar Ranchhodbhai | 4/11/1980 | F2811501 |
| PATEL, Mukeshkumar Narandas | 6/15/1974 | A7010816 |
| PATEL, Ashokkumar Mahendrakumar | 8/15/1987 | F2562557 |
| PATEL, Kaushik Narendrabhai | 9/6/1988 | G0374597 |

On January 30, 2007, your affiant shipped the second set of passports via DHL to the VIDEO CORNER located at 2300 South Elmhurst Road, Mt. Prospect, Illinois 60056. A query of the package's tracking number revealed that the passports were delivered to the Video Corner on January 31, 2007. The passports were received by "R. PATEL."

21.    On January 22, 2007, S/A Kozak and "Cobalt" spoke with NARESH PATEL via telephone. NARESH agreed to send $5,000 as down payment for smuggling six Indian nationals from Bangkok, Thailand into the United States. On January 23, 2007, your affiant retrieved a Federal Express envelope from an ICE-controlled commercial mailbox. The air waybill, dated 1-22-07, identified the shipper as "N. PATEL" with a telephone number of 847-439-8888. The company is identified as "VIDEO CORNER" and the return address is listed as 2300 South Elmhurst Road, Mt. Prospect, IL 60056. The telephone number provided is the listed number for VIDEO CORNER. The envelope contained five $1,000 money orders totaling $5,000.

22.    On February 9, 2007, NARESH PATEL informed S/A Kozak that the group of six Indian nationals had arrived in Bangkok, Thailand. He stated that the group was staying at the Royal Park View Hotel. NARESH provided a hotel room number and

a contact telephone number for the group to S/A Kozak. NARESH later arranged to move the group to the Diamond City Hotel to save money.

23.    On February 28, 2007, S/A Kozak and other ICE agents flew to Bangkok, Thailand as part of an undercover operation. On March 4, 2007, S/A Kozak and ATF S/A Tat Shum, acting on behalf of ICE, met the six aliens at the Diamond City Hotel in Bangkok and arranged for their transportation to the airport. During the meeting, one of the aliens telephoned NARESH PATEL. One of the aliens and S/A Kozak spoke to NARESH. NARESH acted as a translator during this meeting.

24.    On March 5, 2007, ICE agents, acting in an undercover capacity, boarded a flight with the six Indian nationals in Bangkok, Thailand and flew to Los Angeles, California. Upon their arrival in Los Angeles, the aliens were paroled into the United States without their knowledge. The aliens believed they were being smuggled into the U.S. using counterfeit Permanent Resident Alien cards which were shown to the aliens. On March 6, 2007, the ICE agents and the six aliens flew from Los Angeles, California to Philadelphia, Pennsylvania. After arriving in Philadelphia, ICE agents drove the aliens to the Red Roof Inn in York, Pennsylvania.

25.    On March 7, 2007, S/A Kozak and "Cobalt" met FBI confidential informant "K", an individual later identified as RAKESH PATEL, and an unknown Indian male and unknown Indian female who arrived from New York at the Red Roof Inn in York, Pennsylvania. At this meeting, which was conducted under audio and video surveillance, the unknown female paid "Cobalt" $25,000 in cash. This was the exact amount asked for by "Cobalt" during an earlier monitored telephone call with NARESH

PATEL. After the money was paid, the six Indian nationals were turned over to

NARESH PATEL'S associates.

26.    During a debriefing that took place on March 9, 2007, "K" stated that he

flew from Los Angeles to Chicago on March 5, 2007. While in Chicago, NARESH

PATEL instructed him to travel with NARESH'S cousin, RAKESH PATEL, to pick up

the aliens. "K" flew from Chicago to Harrisburg, Pennsylvania with RAKESH PATEL

on March 7, 2007. Upon their arrival, they rented a car and drove to the Dunkin' Donuts

located at 107 North 2nd Street, Harrisburg, Pennsylvania. Upon entering the store,

RAKESH introduced himself to the owner and told him they had come from Chicago.

Upon hearing this, the owner summoned an employee from an apartment above the

Dunkin' Donuts. The employee stated that one of the Indians they were picking up was

the employee's cousin. The owner of the store allowed "K" and RAKESH PATEL to eat

and drink coffee for free while they were there. Later that day, the unknown man and

woman arrived from New York. After the arrival of the two individuals from New York,

the four traveled in two cars to the Red Roof Inn in York, Pennsylvania. After picking up

the aliens, the two individuals took three aliens in their car to an unknown destination.

"K" and RAKESH PATEL drove the other three Indians to the Dunkin' Donuts in

Harrisburg, Pennsylvania. They brought the Indians into the Dunkin' Donuts. The

employee whom they met earlier took the Indians to an apartment above the store.

27.    During the same debriefing, "K" stated that a high-ranking human

smuggler named DINESH was currently living with NARESH PATEL. "K" stated that

DINESH was currently in the United States to ensure that the smuggling debts were

collected from the families of each person brought into the U.S.

28.    On March 8, 2007, NARESH PATEL stated, during a telephone conversation with S/A Kozak, that he had sent $35,000 in money orders to an ICE-controlled commercial mailbox. The money orders were intended as partial payment for alien smuggling. On March 9, 2007, an ICE agent retrieved a Federal Express envelope containing $35,000 in money orders from an ICE-controlled commercial mailbox. The air waybill, dated 3-8-07, identified the shipper as "N. PATEL" with an address of 2300 South Elmhurst Road, Mt. Prospect, IL 60056. This is the address of the video store owned by NARESH PATEL.

29.    On March 12, 2007, NARESH PATEL stated, during a telephone conversation with S/A Kozak, that he had sent $25,000 in money orders to and ICE-controlled commercial mailbox. The money orders were intended as partial payment for alien smuggling. On March 13, 2007, an ICE agent retrieved a Federal Express envelope containing $25,000 in money orders from an ICE-controlled commercial mailbox. The air waybill, dated 3-10-07, identified the shipper as "N. PATEL" with an address of 2300 South Elmhurst Road, Mt. Prospect, IL 60056. This is the address of the video store owned by NARESH PATEL.

30.    On March 14, 2007, NARESH PATEL stated, during a telephone conversation with "Cobalt," that he had sent $18,000 in money orders to and ICE-controlled commercial mailbox. The money orders were intended as the final payment for alien smuggling. On March 16, 2007, ICE agents retrieved a Federal Express envelope containing $18,000 in money orders from an ICE-controlled commercial mailbox. The air waybill, dated 3-14-07, identified the shipper as "N. PATEL" with an

address of 2300 South Elmhurst Road, Mt. Prospect, IL 60056. This is the address of the video store owned by NARESH PATEL.

31.    On March 23, 2007, during a monitored telephone call between NARESH PATEL and "Cobalt" and S/A Kozak, NARESH stated that he would be sending a third set of passports to an ICE-controlled commercial mailbox. On March 27, 2007, six color copies of Indian passports were retrieved from an ICE-controlled commercial mailbox in Philadelphia, Pennsylvania. The return address read "N. PATEL, 2300 S. Elmhurst Rd., Mt. Prospect, IL 60056." This is the address of a video store owned and operated by NARESH PATEL. No U.S. stamps or visas were found inside any of them. The identifiers for the passports are as follows:

| Name | DOB | Indian Passport Number |
| --- | --- | --- |
| PATEL, Hiteshkumar Baldevbhai | 7/11/1984 | E3640054 |
| PATEL, Harshadkumar Laxmahbhai | 9/19/1976 | A9022497 |
| PATEL, Viralkumar Ramanlal | 8/3/1983 | B5978893 |
| PATEL, Hiteshkumar Joitaram | 2/1/1980 | F5711222 |
| PATEL, Ankit Babulal | 11/24/1985 | E0136924 |
| PATEL, Ankitkumar Ambalal | 12/12/1986 | F4336709 |

32.    On April 5, 2007, S/A Richard Kozak and ATF S/A Tat Shum met with NARESH PATEL at the Marriott Chicago Midway Hotel located at 6520 South Cicero Avenue, Chicago, Illinois 60638. During the meeting, which was conducted under video and audio surveillance, NARESH PATEL told the agents that he would be reporting to an unnamed prison in Pennsylvania on April 30, 2007. He stated that he would be serving six months in prison for a "problem" involving untaxed cigarettes. PATEL stated that he

wanted to continue with the alien smuggling operation while he was in prison. NARESH

PATEL told the agents that his cousin RAKESH PATEL, the individual that picked-up

the first set of aliens from York, Pennsylvania in March 2007, would be responsible for

picking-up the next group of aliens. Another employee at the video store, JITENDRA

"JACK" SHETH, would be responsible for paying the agents for the subsequent

smuggling loads while NARESH was in prison. NARESH also instructed the agents to

not return the passports to the Indian nationals after they arrived in the United States

during future smuggling operations. Instead, the agents were to send the passports to

NARESH PATEL or his associates. NARESH explained that if he controlled their

passports, it would give him and his organization more leverage in collecting the money

owed as a smuggling fee from the families of the smuggled Indians.

33.     On April 6, 2007, S/A Kozak and ATF S/A Tat Shum met with NARESH

PATEL at the VIDEO CORNER, owned and operated by NARESH PATEL, located at

2300 South Elmhurst Road, Mt. Prospect, Illinois 60056. At the store, NARESH

introduced the agents to an individual behind the counter as "Jack." "Jack" has been

identified as JITENDRA SHETH. During a meeting in the back of the store, which was

conducted under audio and video surveillance, NARESH PATEL told the agents that if

they needed to contact him, they should call JITENDRA SHETH at the store or send a

fax to the store. NARESH stated that SHETH would read the fax and then shred it

immediately. NARESH also told the agents that he would be handing his cell phone to

RAKESH PATEL upon NARESH reporting to prison so the agents could contact

RAKESH PATEL at any time.

34.    A few weeks after meeting S/A Kozak and ATF S/A Shum in Chicago, NARESH PATEL contacted S/A Kozak via telephone to say he would not be going to prison. NARESH did not fully explain why. He told S/A Kozak that his prayers had been answered.

35.    On April 27, 2007, during a monitored telephone conversation between NARESH PATEL and ATF S/A Tat Shum, NARESH stated that he had more passports in his possession that he wanted to send to S/A Kozak. NARESH also claimed that thirty (30) more passports were being sent to him from India. All of these passports belonged to Indian nationals that he wanted smuggled into the United States. NARESH also said that he wanted to send down-payment money for the next group of aliens to be smuggled.

36.    On May 7, 2007, eight color copies of Indian passports were retrieved from an ICE-controlled commercial mailbox in Philadelphia, Pennsylvania. The return address read "N. PATEL, 2300 S. Elmhurst Rd., Mt. Prospect, IL  60056." This is the address of a video store owned and operated by NARESH PATEL. No U.S. stamps or visas were found inside any of them. The identifiers for the passports are as follows:

| Name | DOB | Indian Passport Number |
|---|---|---|
| PATEL, Hasmukkumar Amrutbhai | 11/15/1985 | E7030203 |
| PATEL, Kanubhai Atamaram | 12/21/1981 | E7875414 |
| PATEL, Sanjay Natwarbhai | 8/12/1982 | B3423004 |
| PATEL, Rajendrakumar Kanaiyalal | 1/22/1985 | F7427598 |
| PATEL, Nikulkumar Dahyabhai | 8/26/1985 | F7427598 |
| PATEL, Vandan Manubhai | 11/21/1983 | E5449758 |
| PATEL, Dineshkumar Babulal | 8/29/1980 | A8510667 |

PATEL, Pareshbhai Bhagavandas          7/26/1982     E0131261

The package also contained $20,000 in money orders. The money orders were intended as a down-payment for the next group of aliens to be smuggled into the United States.

37.    On May 11, 2007, eight color copies of Indian passports were retrieved from an ICE-controlled commercial mailbox in Philadelphia, Pennsylvania. The return address read "N. PATEL, 2300 S. Elmhurst Rd., Mt. Prospect, IL 60056." This is the address of a video store owned and operated by NARESH PATEL. No U.S. stamps or visas were found inside any of them. The identifiers for the passports are as follows:

| Name | DOB | Indian Passport Number |
|---|---|---|
| PATEL, Vipulkumar Ramanbhai | 3/5/1987 | E7039775 |
| PATEL, Upendra Ramanlal | 8/21/1984 | E8166288 |
| PATEL, Ghanshyamkumar Baladevdas | 1/6/1976 | E8182943 |
| PATEL, Rajeshkumar Sendhabhai | 6/29/1986 | F4350246 |
| PATEL, Vijaykumar Vishnubhai | 5/4/1984 | F4071885 |
| PATEL, Nileshkumar Ramanlal | 8/5/1987 | F2317324 |
| PATEL, Narendrakumar Maganlal | 11/21/1979 | A6543786 |
| PATEL, Dineshkumar Karschandas | 12/12/1973 | F8506714 |

38.    During several monitored telephone conversations, S/A Kozak and "Cobalt" explained to NARESH PATEL that they would obtain valid Employment Authorization Documents for the aliens that they brought into the U.S. by falsely claiming that the aliens were working for them at their company. After a few weeks, the company could claim that the employs terminated their employment. S/A Kozak and "Cobalt" explained that they would then be able to obtain Employment Authorization

Documents for another group of aliens by falsely claiming that the next group was now working for the company. The scheme would continue in the same manner for as long as possible. NARESH PATEL agreed that this was a good plan. On May 15, 2007, your affiant shipped valid Employment Authorization Documents for the six Indian nationals brought into the U.S. as part of the undercover operation in March 2007 to NARESH PATEL at 2300 South Elmhurst Road, Mt. Prospect, Illinois 60056. This is the address of a video store owned and operated by NARESH PATEL. A check of the tracking number of the package revealed that the package was received at that address on May 16, 2007, by and "R. PATEL."

39.     On May 25, 2007, NARESH PATEL surrendered to the U.S. Marshal's Office and began serving a six month prison sentence at the Federal Penitentiary in Lewisburg, Pennsylvania for offenses related to the smuggling of untaxed cigarettes. Audio recordings of monitored telephone conversations between NARESH PATEL and his associates have been obtained from the U.S. Bureau of Prisons. The audio recordings reveal that NARESH PATEL had continued to conspire with his various associates to smuggle aliens into the United States.

40.     On May 30, 2007, JITENDRA "JACK" SHETH left a voice mail message on the undercover cell phone of S/A Kozak requesting that S/A Kozak call him. The call was placed from cell phone number (847) 845-2485. This cell phone number is registered to NARESH PATEL. On June 1, 2007, S/A Kozak placed a monitored telephone call to (847) 845-2485. The phone was answered by an individual who identified himself as "HIREN", but stated that most people call him "BABA." "BABA" stated that NARESH PATEL was out of the country and that "BABA" was now the point

of contact for the smuggling organization. S/A Kozak then called SHETH at the Video

Corner to ask about "BABA." SHETH stated that "HIREN" or "BABA" was an old

friend that could be trusted. SHETH told S/A Kozak that NARESH PATEL was

traveling in South America and that "BABA" would be handling matters while NARESH

was away. When SHETH was asked if he would still be responsible for the money for

any future transactions, SHETH stated that he would. SHETH also stated that RAKESH

PATEL was in a serious automobile accident and could not be involved in any part of the

smuggling operation until he recovered. S/A Kozak then telephoned "BABA" and told

him that they could not talk about future business deals until they met in person.

"BABA" agreed to fly to Philadelphia, Pennsylvania to meet with S/A Kozak. "BABA"

was later identified as HIREN MEHTA.

      41.     On June 4, 2007, S/A Kozak and "Cobalt" met with HIREN MEHTA in

the restaurant located in the Marriott Hotel, Philadelphia International Airport,

Philadelphia, Pennsylvania. During this meeting, which was conducted under audio

surveillance, MEHTA stated that he had been designated by NARESH PATEL to handle

the next group of aliens that were to be smuggled from Thailand into the United States.

During the meeting, MEHTA also identified "DINESH" as a "boss" in the organization

who supplied the bodies from India. S/A Kozak and "Cobalt" informed MEHTA that

they would not conduct any future business dealings with him until they spoke with either

NARESH PATEL or "DINESH." "DINESH" was later fully identified as DINESH

DIWAN. MEHTA was also instructed to fax the names and passport numbers of the

aliens that the group wanted smuggled from Bangkok, Thailand to the Unites States

during the next operation to S/A Kozak and "Cobalt."

42.    On June 5, 2007, a fax arrived on a government controlled fax machine. The heading showed that the fax was sent to S/A Kozak's undercover identity and was sent from "BABA." The fax listed eleven names, all with the last name "PATEL," and eleven corresponding passport numbers. Six of the names and passport numbers matched those on the passports sent by NARESH PATEL to undercover agents on December 11, 2006. The other five names and passport numbers matched those on the passports sent by NARESH PATEL to undercover agents on March 27, 2007.

43.    On June 8, 2007, "Cobalt" received a telephone call from (513) 652-2694. An individual, identifying himself as "DINESH," stated that "the bodies are in Bangkok and I have money for you."

44.    According to an FBI confidential informant, herein identified as "M", HIREN MEHTA was driven to a Dunkin' Donuts located at 6100 South Western Avenue, Chicago, Illinois on June 9, 2007. At the Dunkin' Donuts, MEHTA met with the owner, Sorage (Phonetic) and received $50,000 in cash. According to "M", this money was intended to pay S/A Kozak for the next group of smuggled aliens. MEHTA stored the cash at the VIDEO CORNER, located at 2300 South Elmhurst Road, Mt. Prospect, Illinois. On June 11, 2007, ASHA VERMA, the girlfriend of NARESH PATEL, asked "M", at the request of NARESH, to hold onto the $50,000 until the next smuggling load arrived. "M" picked up $45,000 from VERMA'S apartment. "M" and VERMA then went to the VIDEO CORNER where SHETH handed "M" the other $5,000. SHETH stated that he found an envelope containing $5,000 on the floor and that he believed that MEHTA had dropped it there.

45.    On June 11, 2007, "Cobalt" placed a monitored telephone call to HIREN

MEHTA at (847) 922-5828. This is a cell phone number registered to NARESH PATEL.

MEHTA stated that people were in Bangkok, Thailand waiting to be smuggled into the

United States. At "Cobalt's" request, MEHTA agreed to arrange a meeting between

himself, DIWAN, "Cobalt," and S/A Richard Kozak in Harrisburg, Pennsylvania on June

13, 2007. MEHTA also stated that DIWAN is responsible for finding customers in India

and moving the bodies from India to Thailand.

46.    On June 13, 2007, S/A Kozak and "Cobalt" met HIREN MEHTA and

DINESH DIWAN outside of the Dunkin' Donuts located at 107 North 2nd Street,

Harrisburg, Pennsylvania. The group walked to Molly Brannigan's, located at 31 North

2nd Street, Harrisburg, Pennsylvania to discuss their smuggling operation. During this

meeting, which was conducted under audio surveillance, S/A Kozak and "Cobalt"

informed DIWAN and MEHTA that the Indians currently in Thailand would either have

to return to India or extend their Thai visitor's visas because they were not able to

smuggle them into the United States at this time. S/A Kozak and "Cobalt" also informed

DIWAN and MEHTA that they could only smuggle six aliens at a time, not eleven.

DIWAN complained, with MEHTA acting as a translator, that sending the aliens back to

India only to return them to Thailand later would cost him a lot of money. Later in the

meeting, DIWAN stated that he was involved in the smuggling operation in which the

Indians were denied visas to the Philippines. DIWAN stated that he had personally

traveled to the Philippines as part of the failed operation. After the meeting, the four

individuals walked back to the Dunkin' Donuts where DIWAN received free coffee for

himself and S/A Kozak.

47.     During the meeting that took place at Molly Brannigan's in Harrisburg, Pennsylvania on June 13, 2007, "Cobalt" and S/A Kozak told DINESH DIWAN that they could obtain employment authorization documents for DIWAN and his wife by filing fraudulent paperwork claiming that DIWAN and his wife worked for their company. On June 18, 2007, S/A Kozak retrieved a package from an ICE controlled commercial mailbox. The package, dated June 14, 2007, was post marked from Flushing, New York. The return address was listed as "DINESH DIWAN, 4851 Kedvale Ave., 2nd Floor, Chicago, Illinois  60630. The package contained color photocopies of DINESH DIWAN'S passport and his wife, CHETNA DIWAN'S passport. On June 25, 2007, DINESH DIWAN departed the United States for India.

48.     On July 5, 2007, "Cobalt" placed a monitored telephone call to (847) 922-5828, a cell phone registered to NARESH PATEL. RAKESH PATEL answered the telephone and stated that he was now the point of contact for the alien smuggling operation. RAKESH stated that he was in possession of NARESH'S cell phones. He also stated that he would also be the person responsible for paying "Cobalt" for the next group of aliens to be smuggled into the U.S. RAKESH agreed to have the next group of aliens in Bangkok, Thailand by July 22, 2007.

49.     On July 12, 2007, during a monitored telephone conversation, RAKESH PATEL confirmed that the next group of six Indians would be in Bangkok, Thailand by July 22, 2007. "Cobalt" instructed RAKESH to fax him copies of the aliens' plane ticket receipts for their trip from India to Thailand. On July 13, 2007, a fax arrived on a government controlled fax machine. The heading showed that the fax was sent to S/A Kozak's undercover identity and was sent by RAKESH PATEL. The fax contained the

travel itinerary from a travel agency in India for six individuals. The names matched those on the passports that were sent by NARESH PATEL to S/A Kozak on December 11, 2006.

50.     On or about July 16, 2007, "M", at the request of RAKESH PATEL and ASHA VERMA, gave $40,000 to VERMA. On July 23, 2007, RAKESH PATEL told VERMA to tell "M" to give her the remaining $9,800 (the other $200 had been wired to NARESH PATEL via Western Union previously) in order to pay expenses that were being incurred by the Indians in Thailand as well as expenses that would be incurred by "K" and RAJESH KATWA who were scheduled to travel to Harrisburg, Pennsylvania to pick-up the aliens from S/A Kozak.

51.     On July 22, 2007, RAKESH PATEL telephoned "Cobalt" to inform him that the six Indian nationals had arrived in Bangkok, Thailand. "Cobalt" instructed RAKESH to fax him all of the contact information for the aliens. On July 23, 2007, a fax arrived on a government controlled fax machine. The fax was addressed to S/A Kozak's undercover identity. The fax contained the address, hotel room number, and telephone number for the aliens in Bangkok, Thailand. The address matched that of the Diamond City Hotel; the same hotel the first group was placed into.

52.     On August 2, 2007, S/A Kozak and other ICE agents flew to Bangkok, Thailand as part of an undercover operation. On August 5, 2007, S/A Kozak, S/A Mitch Worley, and ATF S/A Tat Shum, acting on behalf of ICE, met the six aliens at the Diamond City Hotel in Bangkok and arranged for their transportation to the airport. During the meeting, the agents displayed the counterfeit permanent resident alien cards to the one English-speaking alien.

53.    On August 6, 2007, during a prison telephone call between NARESH

PATEL, RAKESH PATEL, and ASHA VERMA, NARESH instructed VERMA that she

will be the "safe keeper" of the proceeds of the alien smuggling.  NARESH explained

that RAKESH will be in charge of distributing money to whomever they owe money.

54.    On August 7, 2007, ICE agents, acting in an undercover capacity, boarded

a flight with the six Indian nationals in Bangkok, Thailand and flew to Los Angeles,

California.  Upon their arrival in Los Angeles, the aliens were paroled into the United

States without their knowledge.  The aliens believed they were being smuggled into the

U.S. using counterfeit Permanent Resident Alien cards which were shown to the aliens.

On August 8, 2007, the ICE agents and the six aliens flew from Los Angeles, California

to Philadelphia, Pennsylvania.  After arriving in Philadelphia, the ICE agents and the

Indian nationals were driven to the Super 8 Motel in Harrisburg, Pennsylvania.

55.    On August 8, 2007, S/A Kozak and "Cobalt" met FBI confidential

informant "K" and an individual later identified as RAJESH KATWA at the Super 8

Motel located at 4131 Executive Park Drive, Harrisburg, Pennsylvania.  At this meeting,

which was conducted under audio and video surveillance, KATWA handed "Cobalt"

$30,000 in money orders.  This was the exact amount asked for by "Cobalt" during

earlier monitored telephone calls with RAKESH PATEL.  After the money was paid, the

six Indian nationals were turned over to "K" and KATWA.

56.    On August 9, 2007, your affiant debriefed "K" telephonically.  "K" stated

that he flew to Chicago on August 7, 2007, and met with "M", RAKESH PATEL,

RAJESH KATWA, and ASHA VERMA, though "M" and VERMA were not present

when the alien smuggling operation was discussed.  "K" was informed that the Dunkin'

Donuts located at 107 North 2nd Street, Harrisburg, Pennsylvania was sold and therefore

no longer a drop off point for the aliens. "K" stated that "K" and KATWA flew to

Harrisburg, Pennsylvania on August 8, 2007. Upon their arrival in Harrisburg,

Pennsylvania, RAKESH PATEL instructed them to rent a van and drive the aliens to

1651 East Mount Airy Avenue, Philadelphia, Pennsylvania. This address is an apartment

building. RAKESH provided the contact name of "Sewresh" (Phonetic). RAKESH also

provided a contact cell phone number: (773) 387-0888. This cell phone is registered to

SANDIPKUMAR PATEL with a billing address in Boyertown, Pennsylvania (This

individual was mentioned during several telephone calls from prison between NARESH

PATEL and VERMA and between NARESH PATEL and RAKESESH PATEL. During

one conversation on July 17, 2007, NARESH referred to Sandipkumar PATEL as

"Dinesh's guy."). After picking up the aliens from "Cobalt" and S/A Kozak, "K" and

KATWA drove the aliens to the parking lot of a Dunkin' Donuts located at 1630

Wadsworth Avenue, Philadelphia, Pennsylvania. Upon arrival, they placed a telephone

call to the number provided. A Dunkin' Donuts employee exited the Dunkin' Donuts and

identified himself as "Sewresh" (Phonetic). "Sewresh" then instructed "K" and KATWA

to drive the aliens to a nearby apartment building located at 1651 East Mount Airy

Avenue, Philadelphia, Pennsylvania. Upon arriving at the apartment building, they were

met by "Sewresh" and another Dunkin' Donuts employee, both of whom had walked

from the Dunkin' Donuts. After the Dunkin' Donuts employees took possession of the

aliens, KATWA attempted to call DINESH DIWAN in India to inform him that the

aliens had been delivered. After numerous attempts to reach DIWAN failed, KATWA

telephoned RAKESH PATEL and informed him of the situation. RAKESH stated that he would contact DIWAN and inform him that the aliens were delivered.

57.    On August 14, 2007, RAKESH PATEL telephoned "Cobalt" to inform him that he sent $22,000 in money orders to "Cobalt." The money orders were intended as final payment for alien smuggling. On August 15, 2007, a Federal Express envelope containing $22,000 in money orders arrived in an ICE-controlled commercial mailbox. The air waybill, dated 8/13, identified the shipper as "N. PATEL" with an address of 2300 South Elmhurst Road, Mt. Prospect, IL  60056. This is the address of the video store owned by NARESH PATEL.

58.    On August 31, 2007, in an attempt to ascertain when DINESH DIWAN was returning to the United States, S/A Kozak placed a monitored telephone call to (513) 652-2694, a cell phone previously in possession of DIWAN while he was in the U.S. An unidentified male answered the telephone and, after S/A Kozak provided his undercover identity, provided another cell phone number: (352) 484-4099. The provided telephone number did not appear related the any human smuggling organization. Your affiant, after reviewing pen register information from (513) 652-2694, determined that the number provided was incorrect. Between July 7, 2007 and July 13, 2007, thirteen telephone calls were placed between (513) 652-2694 and (352) 484-5099. On September 3, 2007, S/A Kozak placed a monitored telephone call to (352) 484-5099. A male with an Indian accent answered the telephone and identified himself as "Bob." "Bob" told S/A Kozak that he is a good friend of DINESH DIWAN. "Bob" also requested that S/A Kozak assist him in smuggling aliens from India into the United States. By analyzing cell phone

information and commercial database information, "Bob" was later identified as Bibin

BALACHANDARAN.

59.    On September 21, 2007, during a monitored telephone conversation,

RAKESH PATEL informed "Cobalt" that he was awaiting eight (8) passports from

DINESH DIWAN. "Cobalt" instructed RAKESH to mail the passports to him. On

September 27, 2007, Indian passports were retrieved from an ICE-controlled commercial

mailbox in Philadelphia, Pennsylvania. The return address read "N. PATEL, 2300 S.

Elmhurst Rd., Mt. Prospect, IL  60056." This is the address of a video store owned and

operated by NARESH PATEL. No U.S. stamps or visas were found inside any of them.

Color photocopies of three of the eight passports were received from NARESH PATEL

on March 27, 2007. These three contained used visas from Thailand. The three

individuals were among eleven Indian nationals flown from India to Thailand in June

2007 by the smuggling organization. Color photocopies of two of the eight passports had

been received from NARESH PATEL on May 11, 2007. Three of the eight passports had

not been previously seen. The identifiers for the three new passports are as follows:

| Name | DOB | Indian Passport Number |
|---|---|---|
| PATEL, Piyushkumar Amritbhai | 03/23/1989 | G3894065 |
| PATEL, Sanjay Vitthaldas | 06/12/1980 | A5740125 |
| PATEL, Anilkumar Ramanbhai | 11/16/1986 | F5238180 |

60.    On October 8, 2007, Special Agent Kozak and "Cobalt" met Bibin

BALACHANDARAN and his associate, "Sam", at a Champps Restaurant located at

2100 South Columbus Boulevard, Philadelphia, Pennsylvania. During this meeting,

which was conducted under audio surveillance, BALACHANDARAN and "Sam"

identified themselves as friends, but not business associates, of Dinesh DIWAN. BALACHANDARAN and "Sam" requested that S/A Kozak and "Cobalt" assist them in smuggling Indian nationals into the United States from Bangkok, Thailand. S/A Kozak and "Cobalt" informed both individuals that they were not interested in doing business with them unless Dinesh DIWAN would vouch for them in person.

61.     On November 21, 2007, "Sam" met S/A Kozak at the Penn National Off Track Wagering located at 351 Loucks Road, York, Pennsylvania. During this meeting, "Sam" handed S/A Kozak a Dunkin' Donuts box containing six Indian passports. These six passports belong to six Indian nationals that "Sam" and BALALCHANDARAN want to smuggled into the U.S.  No U.S. stamps or visas were found inside any of the passports. The identifiers for the passports are as follows:

| Name | DOB | Indian Passport Number |
|------|-----|------------------------|
| PATEL, Dushyantkumar Ashokbhai | 04/14/1988 | G0736144 |
| PATEL, Alpeshkumar Vishnubhai | 09/03/1985 | F3814548 |
| PATEL, Sunilkumar Vishnubhai | 07/25/1986 | E7219330 |
| PATEL, Alpeshkumar Khodabhai | 07/18/1985 | E7250625 |
| PATEL, Chandrakantbhai Kantibhai | 06/01/1984 | G4329473 |
| PATEL, Mukeshkumar Kasalabhai | 10/20/1984 | E8181343 |

After the meeting, "Sam" was stopped by the Pennsylvania State Police. At that time, "Sam" was fully identified as SANDIPKUMAR PATEL. Cell phone analysis and commercial database queries have confirmed that he is the same individual involved in receiving the group of aliens brought into the U.S. by undercover agents in August 2007.

The cell phone number provided to "K" and RAJESH KATWA as the contact number when the arrived in Pennsylvania is registered to the same SANDIPKUMAR PATEL.

IV.    CONCLUSION

62.    Based upon the above information, your affiant has probable cause to believe that NARESH PATEL, DINESH DIWAN, RAKESH PATEL, HIREN MEHTA, RAJESH KATWA, JITENDRA SHETH, ASHA VERMA, BIBIN BALACHANDARAN, SANDIPKUMAR PATEL and other unknown individuals have violated 8 U.S.C. 1324, by bringing and attempting to bring unauthorized aliens into the United States, transporting them within the United States, harboring unlawful aliens, and conspiring to commit these violations, knowingly and in reckless disregard of the aliens' illegal status.

Scott C. Bishop
Special Agent
Immigration and Customs Enforcement


Sworn and subscribed this 30TH day of November 2007.

United States Magistrate Judge