# FINANCIAL AFFIDAVIT

**CJA 23** (Rev. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF

**United States** vs **MEHTA**

FOR

AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

*HIREN MEHTA*

| | DOCKET NUMBERS |
|---|---|
| 1 ☒ Defendant – Adult | Magistrate |
| 2 ☐ Defendant – Juvenile | 07 CR 817-4 |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |

CHARGE/OFFENSE (describe if applicable & check box —➤) ☒ Felony  ☐ Misdemeanor

FILED
DEC 7 2007   12-7-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOY-MENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: *Sterling Gas Station 2218 E. 4th St Sterling Il*

IF YES, how much do you earn per month? $ 2000 ∞

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED          SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 1500

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

VALUE          DESCRIPTION

IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Revolving Charge Cards | $ 800 ∞ | $ |
| | Child Support | $ | $ |
| | Transportation | $ | $ 200 500 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ➤ *Hiren S. Mehta 12-7-07*