CH

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Middle District of Pennsylvania
   228 Walnut Street
   P.O. Box 983
   Harrisburg, PA 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kevin J. Neary_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Kevin J. Neary    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

☐ Registered    ☐ Express Mail
☐ Insured Mail  ☐ Return Receipt for Merchandise
                ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 9119 0728

PS Form 3811, February 2004    Domestic Return Receipt    07CR817  102595-02-M-1540

07 CR 817

**FILED**

DEC 2 6 2007 KM
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT